UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERLAND DIRECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOUSHANG AFRAMIAN et al., <br><br> Defendants. | Case No.: 23cv00431-L-BLM <br><br> **ORDER REFERRING ACTION TO BANKRUPTCY COURT** |

This action was transferred to this District from the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404 to be referred to the Bankruptcy Court for the Southern District of California. (ECF No. 46.)

The transferor court concluded that transfer was justified because this action is related to *In re Homesite Holdings, LLC,* Bankruptcy Case No. 20-03216-MM7 ("*Homesite* Bankruptcy"); *Stadtmueller v. Aframian et al.*, Bankruptcy Case No. 21-90031 ("*Aframian* Adversary Proceeding"); and *Stadtmueller v. Cartwright et al.*, Bankruptcy Case No. 22-90024 ("*Cartwright* Adversary Proceeding"), pending in the United States Bankruptcy Court for the Southern District of California.[1]  Specifically, the

---

[1]  The *Homesite* Bankruptcy and *Aframian* Adversary Proceeding are still pending, while the *Cartwright* Adversary Proceeding was closed on February 24, 2023.

transferor court found that the subject matter of the *Aframian* Adversary Proceeding and the relief sought therein are virtually identical to the instant action. Further, the transferor court found that the instant action is a core proceeding under 11 U.S.C. § 157(b)(A), (B), (G), (H), (K), and (O) because it seeks to affect property of the *Homesite* Bankruptcy estate in violation of the automatic stay.

Accordingly, for the reasons stated in the orders of the transferor court (ECF nos. 45, 46), which are incorporated by reference herein, this action is referred to the United States Bankruptcy Court for the Southern District of California to be related to *In re Homesite Holdings, LLC*, Bankruptcy Case No. 20-03216-MM7.

**IT IS SO ORDERED.**

Dated: March 15, 2023

_____
Hon. M. James Lorenz
United States District Judge